# In the United States Court of Federal Claims

**08-238C**

**Filed: April 4, 2008**

**AMERICAN ORDNANCE LLC**

**v.**

**THE UNITED STATES**

**Complaint Appendix A (GAO March 3, 2008 & Exhibits)**
**Complaint Appendix B (GAO March 21, 2008 & Exhibits)**
**Complaint Appendix C (GAO Report of Investigation & Exhibits)**
**Complaint Appendix M (GAO March 3, 2008 & Exhibits Redacted version of Appendix A)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.