ORIGINAL

FILED
APR 4 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance LLC,** **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No.** 08-238 C |
| **The United States,** **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby appears on behalf of Plaintiff American Ordnance, LLC in the above-captioned action, and requests that all papers in this action be served upon undersigned counsel at Dickstein Shapiro, LLP, 1825 Eye Street, N.W., Washington, D.C. 20006.

Respectfully submitted,

Dated: April 4, 2008

Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this day by hand delivery to:

Joan Stentiford
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 12038
Washington, DC 20530
Telephone: (202) 616-0341

Dated: April 4, 2008

Joseph R. Berger