ORIGINAL

FILED
APR 4 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

**American Ordnance LLC,**

**Plaintiff,**

**v.**

**The United States,**

**Defendant.**

**Civil Action No. 08-238 C**

## STATEMENT OF PLAINTIFF'S COUNSEL

Pursuant to Appendix C of the RCFC, the undersigned counsel for plaintiff American Ordnance LLC ("AO") certifies that on April 1, 2008, I provided written notice by facsimile of AO's intent to file a bid protest complaint, to the U.S. Department of Justice Civil Division, Commercial Litigation Branch, and to the Clerk's Office for the U.S. Court of Federal Claims. On April 1, 2008, I also provided notice by facsimile to the procuring agency Contracting Officer, Cynthia Peterman, and counsel for the procuring agency, Brian Toland, Esq. A copy of the pre-filing notification is attached. No award has been made, and thus, there is no apparently successful bidder/offeror.

Respectfully submitted,

Dated: April 4, 2008

Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Statement of Plaintiff's Counsel was served this day by hand delivery to:

Joan Stentiford
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 12038
Washington, DC 20530
Telephone: (202) 616-0341

Dated: April 4, 2008

Joseph R. Berger