ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 4 2008
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**The United States,**<br><br>**Defendant.** | ) | **Civil Action No.** 08-238 C |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff American Ordnance LLC respectfully requests that this Court file under seal American Ordnance LLC's Complaint and the documents attached to the Complaint.

This case arises out of the procurement of a Federal Government contract. The documents in this case contain propriety business information of the parties. This information derives value from not being generally known. Protection of these documents is necessary to protect not only the proprietary information of the parties but also the process for competition for Federal contracts. Plaintiff is simultaneously filing a Motion for Entry of a Protective Order.

Because the confidentiality of the designated documents implicates the ability of several offerors to compete for government contracts, there exists an "overriding interest" in allowing the documents in question to be filed under seal. *Rushford v. New Yorker Magazine, Inc., 846 F.2d 252 (4th Cir. 1988).*

Dated: April 4, 2008

Respectfully submitted,

Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion To File Documents Under Seal was served this day by hand delivery to:

Joan Stentiford
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 12038
Washington, DC 20530
Telephone: (202) 616-0341

Dated: April 4, 2008

Joseph R. Berger