ORIGINAL

FILED
APR 4 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance LLC,** <br> **Plaintiff,** <br> **v.** <br> **The United States,** <br> **Defendant.** | ) | **Civil Action No.** 08-238 C |

**MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Plaintiff American Ordnance LLC respectfully requests that this Court enter the Court's standard Protective Order covering production of "protected information" in this case, which includes material that is competition sensitive, proprietary, confidential, or otherwise protectable. The Government Accountability Office issued a Protective Order under which the parties continue to work pending issuance of a Protective Order by the Court in this Protest.

Respectfully submitted,

Dated: April 4, 2008

/s/ Stuart B. Nibley

Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion For Entry of a Protective Order was served this day by hand delivery to:

Joan Stentiford
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 12038
Washington, DC 20530
Telephone: (202) 616-0341

Dated: April 4, 2008

Joseph R. Berger