ORIGINAL

FILED
APR 4 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| **American Ordnance LLC,** <br> **Plaintiff,** <br> **v.** <br> **The United States,** <br> **Defendant.** | **Civil Action No.** 08-238 C |

## NOTICE OF DIRECTLY RELATED CASE

Plaintiff American Ordnance LLC respectfully provides notice to the parties that this protest is directly related to Case No. 07-867C, *American Ordnance LLC v. United States*, which is currently pending before Judge Wheeler. This protest involves the same parties and the same or similar claims, including issues concerning ownership of the same property disputed under the same contract, and a competition for a follow-on contract, that are involved in Case No. 07-867C. Assignment of this case to Judge Wheeler is likely to conserve judicial resources and promote judicial efficiency. We do not think that this protest needs to be formally consolidated with Case No. 07-867C. However, it is important that the schedules in the two matters be closely coordinated such that the decision in Case No. 07-867C can be reflected in the Court's deliberation on the protest, if possible.

Respectfully Submitted,

Dated: April 4, 2008

Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Directly Related Case was served this day by hand delivery to:

Joan Stentiford
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 12038
Washington, DC 20530
T: (202) 616-0341

Dated: April 4, 2008

Joseph R. Berger