ORIGINAL

FILED
APR 4 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

**American Ordnance LLC,**

**Plaintiff,**

**v.**

**The United States,**

**Defendant.**

**Civil Action No. 08-238 C**

**PLAINTIFF AMERICAN ORDNANCE LLC'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff American Ordnance LLC ("AO") hereby submits this corporate disclosure statement. AO is a Delaware limited liability company that is owned 50 percent by Mason & Hanger Corp. ("MHC"), a West Virginia corporation; and 50 percent by Day & Zimmerman, Inc. ("DZI"), a Maryland corporation. MHC is a wholly-owned subsidiary of The Mason Company, a Delaware corporation, which is in turn a wholly owned subsidiary of DZI. DZI is a wholly-owned subsidiary of The Day & Zimmermann Group, Inc., a Delaware corporation, which is the ultimate parent company of AO.

Respectfully submitted,

Dated: April 4, 2008

Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served this day by hand delivery to:

Joan Stentiford
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, NW
Room 12038
Washington, DC 20530
Telephone: (202) 616-0341

Dated: April 4, 2008

Joseph R. Berger



DSMDB-2415924v01