IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN ORDNANCE, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-238C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Joan M. Stentiford, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12038
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Joan M. Stentiford
Joan M.. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-0341
Facsimile: (202) 514-8624
E-mail: Joan.Stentiford-Ulmer@usdoj.gov

Dated: April 4, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 4th day of April, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joan M. Stentiford