# In the United States Court of Federal Claims

No. 08-238C

(Filed: April 4, 2008)

```
**************************************** *
                                         *
AMERICAN ORDNANCE LLC,                   *
                                         *
                      Plaintiff,         *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                      Defendant.         *
                                         *
**************************************** *
```

**SCHEDULING ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference in the above-captioned case on April 8, 2008 at 2:00 PM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge