IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **01:08-cv-00238** **Judge Wheeler** |
| **The United States,** | ) | |
| **Defendant.** | ) | |

APPLICATION FOR ACCESS TO INFORMATION
UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, **Stuart B. Nibley,** hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of **Dickstein Shapiro LLP** and have been retained to represent American Ordnance LLC, a party to this proceeding.

3. I am a member of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None.**

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the materials disclosed under the Protected Order:

**None.**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal:

**None.**

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by GAO:

**None.**

9. I have read the Protective Order issued by the court in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

Stuart B. Nibley (signature) 4-7-08
Signature Date Executed

Stuart B. Nibley, Partner
Typed Name and Title

(202) 420-3701
(202) 822-9544 (Protected Facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **1:08-cv-00238** **(Judge Wheeler)** |
| **The United States,** | ) | |
| **Defendant.** | ) | |

APPLICATION FOR ACCESS TO INFORMATION
UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, **Michael J. Askew,** hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of **Dickstein Shapiro LLP** and have been retained to represent American Ordnance LLC**,** a party to this proceeding.

3. I am a member of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None.**

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the materials disclosed under the Protected Order:

**None.**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal:

**None.**

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by GAO:

**None.**

9. I have read the Protective Order issued by the court in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

Michael J. Askew
Signature

4/7/2008
Date Executed

Michael J. Askew, Associate
Typed Name and Title

(202) 420-3513
(202) 822-9544 (Protected Facsimile)



2421579

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| **American Ordnance, LLC,** <br> **Plaintiff,** <br> **v.** <br> **The United States,** <br> **Defendant.** | **1:08-cv-00238** <br> **(Judge Wheeler)** |

APPLICATION FOR ACCESS TO INFORMATION
UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, **Joseph R. Berger,** hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of **Dickstein Shapiro LLP** and have been retained to represent American Ordnance LLC**,** a party to this proceeding.

3. I am a member of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None.**

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the materials disclosed under the Protected Order:

**None.**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal:

**None.**

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by GAO:

**None.**

9. I have read the Protective Order issued by the court in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

[signature] 4-7-08

Signature Date Executed

Joseph R. Berger
Typed Name and Title

(202) 420-3673
(202) 822-9544 (Protected Facsimile)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance, LLC,** | ) | |
| **Plaintiff,** | ) | **01:08-cv-00238** |
| **v.** | ) | **Judge Wheeler** |
| **The United States,** | ) | |
| **Defendant.** | ) | |

APPLICATION FOR ACCESS TO INFORMATION
UNDER PROTECTIVE ORDER FOR CONSULTANT

1. I, the undersigned, am a consultant with Darrell J. Oyer & Co., and hereby apply for access to protected material covered by the Protective Order issued in connection with this proceeding.

2. I have been retained by the law firm of Dickstein Shapiro LLP and will, under the direction and control of that attorney, assist in the representation of American Ordnance LLC in this proceeding.

3. I hereby certify that I am not involved in competitive decisionmaking as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party to this proceeding or any other firm that might gain a competitive advantage from access to the information disclosed under the protective order. Neither I nor my employer provides advice or participates in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means, for example, that neither I nor my employer provides advice concerning, or participates in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advance.

4. My professional relationship with the party for whom I am retained in this protest and its personnel is strictly as a consultant on issues relevant to the proceeding. Neither I nor any member of my immediate family holds office or a management position in any company that is a party in this proceeding or in any competitor or potential competitor of a party.

5. I have attached the following information:

(a) a current resume describing my education and employment experience to date;

(b) a list of all clients for whom I have performed work within the two years prior to the date of this application and a brief description of the work performed;

(c) a statement of the services I am expected to perform in connection with this proceeding.

(d) a description of the financial interests that I, my spouse, and/or my family has in any entity that is an interested party in this proceeding or whose protected information will be reviewed: if none, I have so stated;

(e) a list identifying by name of forum, case number, date, and circumstances all instances in which I have been granted admission or been denied admission to a protective order, had a protective order admission revoked, or have been found to have violated a protective order issued by an administrative or judicial tribunal; if none, I have so stated, and

(f) a list of the professional associations to which I belong, including any identification numbers.

6. I have read a copy of the Protective Order issued by the court in this proceeding. I will comply in all respects with all terms and conditions of that order in handling any protected material produced in connection with the proceeding. I will not disclose any protected information to any individual who has not been admitted under the Protective Order by the court.

7. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal to be submitted to any agency of the United States government for operation and maintenance, production and services in connection with government-owned munitions plants when I know or have reason to know that any party to this proceeding, or any successor entity, will be a competitor, subcontractor, or teaming member.

8. For a period of two years after the date this application is granted, I will not engage or assist in the preparation of a proposal for submission to the U.S. Army for operation and maintenance, production and services in connection with government-owned munitions plants nor will I have any personal involvement in any such activity.

9. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

Darrell J. Oyer — APRIL 7, 2008

Signature — Date Executed

Darrell J. Oyer

Typed Name and Title

703.438.3041

Telephone Number

240.465.0540

Fax Number

Stuart B. Nibley — 4-7-08

Signature — Date Executed

Stuart B. Nibley, Partner

Typed Name and Title

(202) 420-3701

(202) 822-9544 (Protected Facsimile)

# Enclosure A
# Bio for Darrell J. Oyer

*Experience*

Prior to forming his own Firm in 1991, Mr. Oyer was a partner with Deloitte & Touche, an international accounting firm. He had approximately 9 years of experience with Deloitte & Touche, Touche Ross and Peat Marwick. Before that Mr. Oyer served nearly 20 years in the Defense Contract Audit Agency (DCAA) in various capacities. As a field staff auditor, he was involved in the large contractors' price proposals and review of direct and indirect incurred costs. As a DCAA Headquarters program manager he specialized in quantitative auditing techniques, statistical sampling, computer auditing techniques, judicial and quasi-judicial cost accounting decisions and Cost Accounting Standards. Mr. Oyer was also Assistant Regional Director in the Atlanta Region, DCAA with responsibility for ten audit offices. Mr. Oyer served as Assistant Director, DCAA in all three functional areas: Operations and Professional Development, Resources, and Policy and Plans. He has represented the U.S. Government in dealings with foreign Governments in the audit of multinational procurements.

*Business Associations*

Mr. Oyer is a of Member of the Board of Directors of Schiebel Technology, Inc.; Warrenton, Virginia; a Member of the Advisory Board of the Government Contract Costs, Pricing, and Accounting Report and a Member of the Blue Cross/Blue Shield Financial Policy Board. Mr. Oyer was a Member of the Board of Directors of Firearms Training Systems, Atlanta, Georgia, until it was acquired by another company in October 2006; a Member of the Board of Directors of Deltek Systems, Inc., McLean, Virginia, until the company went private in 2002 and a former Member of the Board of Directors of Holston Defense Corporation (a wholly owned subsidiary of Eastman Chemical Company).

*Education, Certifications and Professional Activities*

Mr. Oyer received the Bachelor of Science degree in accountancy from the University of Illinois and a Master of Business Administration degree from American University. He is a Certified Public Accountant (CPA) in Virginia and is a member and Fellow of the National Contract Management Association (NCMA), a member of the National Defense Industrial Association (NDIA), and a member of the Institute of Management Accountants (IMA). He is past Chairman of the NDIA Procurement Division, is past chairman of the NDIA Contract Finance Committee, is past chairman of the NDIA Smaller Companies Subcommittee, has twice served as president of the Northern Virginia IMA chapter and is a former member of the National Research Committee of IMA and the IMA Management Accounting Practices Committee, and formerly the chairman of the Cost Accounting Standards Subcommittee of IMA. Mr. Oyer has the Certified Management Accountant (CMA) from the IMA, the Certified Professional Contract Manager (CPCM) from the NCMA, the Certified Cost Estimator/Analyst (CCE/A) from the Society of Cost Estimating and Analysis, and the Certified Data Processing Certificate (CDP)

from the Data Processing Management Association. Mr. Oyer is a member of the Procurement Roundtable, a non-profit organization whose members are former government procurement and contract administration executives. Mr. Oyer received the NDIA Howard Cork Memorial Award in 2003.

*Publications and Speaking*

Mr. Oyer is editor of the texts "Accounting for Government Contracts—Cost Accounting Standards" (2006) and "Accounting for Government Contracts--Federal Acquisition Regulation" (1985), is author of the book "Pricing and Cost Accounting--A Handbook for Government Contractors" (2000) and authored the chapter on Activity Based Costing in government Contracts for the "Handbook of Cost Management" (1990). He wrote the lead article in the initial publication of "Government Contract Costs, Pricing, and Accounting Report" (1989) on the subject of Uncompensated Overtime and has contributed numerous articles since then. He co-authored the Deloitte & Touche "A Guide to Truth-In-Negotiations (Defective Pricing, PL 87-653" (1986) and "Basic Cost Accounting Considerations in Government Contracting" (1989). Mr. Oyer was editor of the discontinued newsletter "Contract Pricing Advisor." He is also a frequent speaker and lecturer on contracting subjects and teaches graduate level accounting courses for the University of Houston--Clear Lake.

*Areas of Expertise*

Mr. Oyer is highly experienced in the application and interpretation of the Federal Acquisition Regulation (FAR) and department FAR Supplements, Financial Accounting Standards Board (FASB) pronouncements and Cost Accounting Standards Board (CASB) promulgations. His work in these areas includes developing, implementing and reviewing cost accounting structures, accounting systems, estimating systems, cost control systems, purchasing systems and labor recording systems to ensure compliance with federal procurement accounting requirements. He has also designed compliance programs and prepared financial audit plans for internal audit organizations. He also performs audits of indirect cost rates for contractors with state and local government contracts. Mr. Oyer has testified in about twenty-five Board of Contract Appeals and court cases involving cost and government procurement issues.

*Personal*

Mr. Oyer served in the U.S. Air Force as a contract auditor from 1963 to 1967. He completed his military service at the rank of Captain. He and his wife Connie live in McLean, Virginia. Mr. Oyer has served as president of the University of Illinois Alumni Club of Greater Washington, DC and has performed substantial genealogy research.

**Enclosure B**
**Clients of Darrell J. Oyer & Co.**
**Past Two Years as of March 31, 2008**

| Item | Client | Contact and Address | Description of Work |
|---|---|---|---|
| 1 | Acclaim Technical Service | Ms. Susan May, 101 Main Street, Suite 230, Huntington Beach, CA 92648 | Advice on government contracting issues. |
| 2 | Actuarial Research Corporation | Ms. Michele Windsor, 6928 Little River Turnpike, Suite E, Ananadale, VA 22003 | Advice on Cost Accounting Standards issues |
| 3 | Advanced Aerials Inc. | Mr. Bert Wagner, 11606 Jennings Drive, Remington, Virginia 22734 | Cost Proposal Preparation assistance |
| 4 | Advanced Systems Development | Ms. Mary Jane Patel, 2600 Shirlington Road, Suite 800, Arlington, VA 22206 | Advice on cost structure |
| 5 | AFSC | Mr. Jack Murray, 2600 Shirlington Road, Suite 350, Arlington, VA 22206 | Proposal preparation assistance |
| 6 | AIS, Inc. | Mr. Arvidas Poshkus, PO Box 2093, New Bedford, Massachusetts 02741 | GSA Schedule supporting documentation |
| 7 | Alpha Port | Ms. Susan May, 18013 Cleveland Parkway Drive, Cleveland, OH 44135 | Advice on cost structure |
| 8 | American Consulting Engineer Companies | Mr. Steve Hall, 1015 15th Street, Washington, DC | Advice on contract cost issues |
| 9 | American Ordnance | Mr. Tom Lemmer, McKenna Long & Aldridge LLP, 1875 Lawrence Street, Suite 200, Denver, CO 80202 | Litigation support re. defective pricing |
| 10 | AOPA | Mr. Roger Myers, 421 Aviation Way, Frederick, Maryland 21701 | Advice on indirect cost structure and rates |
| 11 | Applied Research Associates | Mr. Jack McChesney, 4300 San Mateo Blvd., NE, Suite A220, Albuquerque, NM 87110 | Advice on DCAA audit findings re. indirect costs |
| 12 | Arizona DOT | Mr. Bernard Gellner, 1739 W. Jackson Mail Drop 100P Phoenix, Arizona 85007-3276 | Training |
| 13 | A-TEK | Ms. Debbie Rieger, 602 S. King Street, Suite 300, Leesburg, VA 2017 | Advice on Cost Accounting Standards issues |
| 14 | Austral | Mr. Robert Cassibry, PO Box 1049, Mobile, AL 36633 | Advice on cost allowability |
| 15 | Azbell Electronics | Mr. Billy Abzell, PO Box 5992, Ft., Hood, Texas 76544 | Accounting system advice |
| 16 | Balfour Beatty | Mr.David Kole, 3924 Pender Drive, Fairfax, VA 22030 | Advice on cost structure |
| 17 | Barrios Technology, Inc. | Mr. John Edwards, 16441 Space Center Blvd., Suite B-100, Houston, Texas 77058 | Advice on allowability of costs |
| 18 | Beason & Nalley, CPA | Mr. Scott Butler 101 Monroe Street Huntsville, AL 35801 | Advice on allowability of costs |
| 19 | Benatec Associates | Ms. Janice Buffington, 200 Airport Road, New Cumberland, PA 17070 | Advice on cost structure |
| 20 | Blackhawk Management | Mr. Stan Moorehead, 1335 Regents Park Drive, Houston, Texas 77058 | Advice on cost allowability of bonuses |
| 21 | Boh Environmental, LLC | Mr. Eric Hediger, 14080-D Sullyfield Circle, Chantilly, VA 20151 | Advice on cost support for commercial items |
| 22 | Booz Allan Hamilton | Mr. Mark Gubich, 8283 Greensboro Drive McLean, VA 22102 | Labor audits |
| 23 | C4 SIS, Inc. | Mr. Roberto Lopez, 1808 Granex Drive, Killeen, TX 76542 | Advice on government contracting issues. |
| 24 | CACI, Inc. | Mr. Richard Webber, 1050 Connecticut Ave, Washington, DC 20036 | Advice on bid protest for consulting services. |
| 25 | Cahaba Associates | Mr. Ronald Whitehead, 450 Riverchase Parkway East, Birmingham, Alabama 35298 | Advice on preparation of cost proposal |
| 26 | Capital Edge Consulting, Inc. | Mr. Chad Braley, 8300 Greensboro Dr., Suite 800, McLean, VA 22102 | Advice on Cost Accounting Standards issues |
| 27 | CDM--Federal Programs Corporation | Mr. David Martin, 14420 Albemarle Point Place, Suite 210 | Advice on government contract accounting and bid protest |
| 28 | Center for Innovative Research | Ms. Linda Gentry, 2214 Rock Hill Road, Suite 600, Herndon, VA 22170 | Advice on development of cost accounting system |
| 29 | ConED | Mr. Barry Holt, 4350 North Fairfax Drive, Suite 820, Arlington, VA 22203 | Advice on preparation of cost proposal |
| 30 | Conley & Associates | Mr. Mike Grieshaber, 15933 Clayton Road, Suite 115, Baldwin, MO 63011 | Advice on government contracting issues. |
| 31 | Consultant Engineering, Inc. | Mr. Eric Thompson, PO Box 37167, Phoenix, AZ 85069-7167 | Advise on structure of indirect cost rates |
| 32 | Crane Electronics Group | Mr. Jorge Morales, 10301 Willows Road, Redmond, WA 98073 | Advice on cost structure |
| 33 | CRB Associates | Ms. Rachel Rogers, Box 6509, Portsmouth, VA 23703 | Advice on request for equitable price adjustment |
| 34 | Computer Sciences Corporation | Ms. Elizabeth Novak, 3710 Fairview Park Drive , Falls Church, VA 22042 | Advice on government contract accounting |
| 35 | CSC | Mr. Declan Leonard, Albo & Oblon, 2200 Clarendon Boulevard, Arlington, VA 22201 | Advice on DCAA audit findings on incurred costs. |
| 36 | Cummings | Mr. Pete Heald, 31371 Rancho Viejo Road, Suite 102, San Juan Capistrano, CA 92675 | Advice on cost allowability |
| 37 | Curtiss Wright | Mr. Robert J. Mondschein, 942 Memorial Parkway Phillipsburg, NJ 08865 | Advice on accounting for acquisitions and mergers |
| 38 | Datex | Mr. Ajit S. Dutta, PO Box 312, Oakton, VA 22124 | Settlement of issues with DOJ |
| 39 | Dick Corporation | Mr. Brian Craver, 1804 K Street, NW, Washington, DC 20006 | Expert report on construction costs |
| 40 | Diverse Technologies Corporation | Mr. Tyrone Barnett, 8233 Penn-Randall Place, Upper Marlboro, MD 20772 | Advice on cost accounting system |
| 41 | DRS | Mr. Alan Gross, 5 Sylvan Way Parsippany, NJ 07054 | Advice on government contract accounting |
| 42 | eCompex | Ms. Fanyang Jiang, 7926 Jones Branch Drive, Suite 570, McLean, VA 22102 | Advice on establishing accounting system and proposal preparation |
| 43 | EDS | Mr. Michael Quint, 13600 EDS Drive, Herndon, Virginia 22071 | Advice on cost allocations |
| 44 | EMI | Mr. William Eshelman, 1747 Pennsylvania Ave. NW, Suite 300, Washington, DC 20006 | Advice on documentation of costs |
| 45 | Energy Conversion Devices | Mr. Ken Pullis, 1675 W. Maple Troy, Michigan 48084-7197 | Advice on government contract accounting |
| 46 | Entron Systems | Mr. Dick Schmitt, 815 N. Downs, Suite C, Ridgecrest, CA 93555 | Advice on contract administration |
| 47 | ESCO Electronics | Mr. Charles J. Kretschmer, 8888 LaDue Road St. Louis, MO 63124 | Advice on government contracting |
| 48 | Escrub | Mr. Ralph Genuario, 301 S. West Street, Alexandria, VA 2231 | Claim for depreciation costs. |
| 49 | Gannett Fleming | Mr. Lynn E. Knepp, Box 67100 Harrisburg, PA 17106 | Advice on government contract accounting and training for engineers |
| 50 | Gannon Technologies Group | Mr. Robert Scott, 1000 North Payne Street, Suite 200, Alexandria, VA 22314 | Advice on cost accounting and cost data |
| 51 | GTI | Mr. John Person, Person and Craver, 1801 K Street, Washington, DC 20006 | Litigation support re. teaming agreement |
| 52 | H&R | Mr. James Belcher, 100 Garden City Plaza, Garden City, NY 11530 | Advice on termination for convenience |

| Item | Client | Contact and Address | Description of Work |
|---|---|---|---|
| 53 | HDL Research Labs, Inc. | Mr. Bryan Butler, 406 W. Horton, Brenham, TX 77834 | Advice on indirect cost submission |
| 54 | HigherEd.org, Inc. | Mr. Lew Costello, 21 South Kent Street, Winchester, VA 22601 | Advice on cost structure |
| 55 | Honeywell | Mr. Nick Shank, 1944 East Sky Harbor Circle, Phoenix, AZ 85034 | Advice on CAS and Disclosure Statement |
| 56 | Human Genome Sciences, Inc. | Mr. Alan Esenstad, 14200 Shady Grove Road, Rockville, MD 20850 | Advice on development of cost accounting system |
| 57 | ICF Consulting | Mr. Alan Stewart, 9300 Lee Highway, Fairfax, VA 22031 | Advice on mergers and acquisitions |
| 58 | Ingenix | Mr. John McCormick, 1925 Issac Newton Square, Reston, VA 22190 | Advice on GSA Schedule work. |
| 59 | Integrated Data Services | Ms. Susan May, 2141 Rosecrants Avenue, El Segundo, CA 90245 | Advice on cost allowability |
| 60 | IntelliDyne | Ms. Fern Ward, 5205 Leesburg Pike, Suite 400, Falls Church, VA 22041 | Advice on cost structure |
| 61 | Intelsat General | Ms. Ann Bryan, 1410 Spring Hill Road, Suite 400, McLean, VA 22120 | Advice on government contracting issues. |
| 62 | JUB Engineers | Mr. Tom Arkooh, Boise, Idaho | Advice on state audit report |
| 63 | Kato Engineering | Mr. Les Altenberger, PO Box 8447, Mankato, MN 56002 | Advice on preparation of cost proposal |
| 64 | KBR | Ms. Sandra K. Jones. 4100 Clinton Drive, Houston, Texas 77020 | Audit of Indirect cost rates |
| 65 | Keegan, Linscott & Kenon | Mr. Tony Kenon, 33 N. Stone Ave., Suite 101,Tucson, AZ 85701 | Advice on cost allowability |
| 66 | Kforce Government Solutions | Mr. Dave Kelly, 2750 Prosperity Avenue, Fairfax, VA 22031 | Advice on government contract compliance |
| 67 | Kimball Associates | Mr. Sam Kerns, 615 W. Highland Avenue, Ebensburg, PA 15131 | Training on government contracting |
| 68 | Korry Electronics | Mr. Alan Levis, 901 Dexter Avenue, North, Seattle, WA 98109 | Advice on cost accounting system |
| 69 | KUK-KBR | Mr. Pat McCormick, 1525 Wilson Boulevard, Arlington, VA 22209 | Advice on cost accounting system |
| 70 | Kvaerner Processing Services, Inc. | Mr. Mick McCluskey, 7909 Parkwood Circle Drive P.O. Box 720421 Houston, Texas 77272 | Advice on cost allowability |
| 71 | L-3 | Mr. Jay Devecchio, Jenner & Block, 601 13th Street, Suite 1200 South, Washington, DC 20005 | Litigation support re. bid protest |
| 72 | Lumenesent Systems | Mr. Jeffery Trottier, 4 Lucent Drive, Lebanon, NH 03766 | Advice on cost accounting system |
| 73 | Marine Hydraulics International, Inc. | Mr. Terry Murphy, 150 W. Main St., Suite 2100, Norfolk, VA 23510 | Bid Protest |
| 74 | Martin Baker Aircraft Company | Ms. Debra Torngren, Denham, UK | Training on government contracting |
| 75 | Micromechatronics, Inc. | Ms. Maureen Mulvihill, 200 Innovations Boulevard, State College, PA 16803 | Advice on cost accounting system |
| 76 | Mine Safety Appliances | Mr. Jack Ferry, PO Box 426, Pittsburgh, PA 15230 | Advice on cost allowabillity |
| 77 | Modern Technology Corp. | Mr. Richard Schott, 4032 Linden Avenue Dayton, Ohio 45432 | Advice on contracting issues |
| 78 | Muniz Engineering | Mr. Ed Muniz, 16903 Bucaneer Lane, Suite 200, Houston, TX 77058 | Advice on cost structure |
| 79 | Nano, Inc. | Mr. Scott Orbach, PO Box 30096, Bethesda, MD 20824 | Advice on DCAA audit findings re. indirect costs |
| 80 | NearInfinity | Mr. Chris Dagostino, 1267 Weatherstone Court, Reston, VA 20194 | Advice on cost structure |
| 81 | New Mexico Department of Transportation | Mr. Myles Sweeney, Santa Fe, New Mexico | Training |
| 82 | NOVA | Mr. Russ Jeffries, 1900 Elkin Street Suite 230 Alexandria, VA 22308 | Advice on cost accounting structure and cost allowability |
| 83 | NTA | Mr. Ron Pearlman, 1776 K Street NW, Suite 800, Washington, DC 20006 | Advice on cost accounting standards |
| 84 | O'Sullivan & Creel | Mr. Chad Hamilton, 45 Beal Parkway NE, Ft. Walton Beach, FL 32549 | Advice on cost allowability |
| 85 | Odebrecht Constrution | Mr. Alexander Christiani, 210 Alhambra Circle, Miami, FL | Advice on cost allowability |
| 86 | Ocean Shipholding, Inc. | Mr. Jack Welch, 16211 Park Terrace Place Houston, Texas 77084 | Advice on contract costing |
| 87 | OEWaves, Inc. | Ms. Debra Coler, 1010 E. Union Street, Suite 101, Pasadena, CA 91106 | Advice on cost structure |
| 88 | Olgoonik Development LLC | Mr. Steven Cofer, 1655 N. Ft. Myer Drive, Suite 550, Arlington, VA 22209 | Advice on accounting structure |
| 89 | Pankl | Mr. Hugh Verano, 3 Park Plaza, Suite 1570, Irvine, CA 92614 | Advice on rebuttal of defective pricing allegation |
| 90 | Pennoni Associates, Inc. | Mr. Eric Flicker, 3001 Market Street, Philadelphia, PA 19104 | Cost structure and investigation of alleged mischarging |
| 91 | Philotechnics | Mr. Dave Grayson, 118 Mitchell Road, Oak Ridge, TN 37830 | Advice on claim |
| 92 | Pricewaterhouse Coopers | Mr. James Thomas, 1301 K Street, Washington, DC 20005 | Advice on cost accounting system |
| 93 | Proxy Aviation Systems, Inc. | Mr. Chris Hamilton, 12850 Middlebrook Road, Suite 250, Germantown, MD 20874 | Advice on accounting system |
| 94 | PTI, Inc. | Mr. Sam Chapetta, 510 Del Norte Boulevard, Oxnard, CA 93030 | Training on government contracting |
| 95 | QinetiQ | Mr. Preston Evers, 2345 Jefferson Davis Highway, Suite 909, Arlington, VA 22202 | Advice on costing contracts and accounting system |
| 96 | Rantec | Mr. Frank Janku Rantec 1173 Los Olivos Los Osos, CA 93402 | Claim for changed work and advice on cost data |
| 97 | Reality Mobile | Mr. Tom Crutchfield, 12700 Sunrise Valley Dr., Suite 450, Reston, VA 20191 | Advice on cost accounting structure and cost allowability |
| 98 | Remmele Engineering | Mr. Don Hickerson, 17465 198th Avenue, Big Lake, MN 55309 | Advice on cost accounting system |
| 99 | RGI | Mr. Ed Tolchin, Fettmann, Tolchin & Majors, 10509 Judicial Drive, Suite 300, Fairfax, VA 22030 | Litigation support re. subcontract pricing |
| 100 | Rhoads Construction | Mr. Dan Rhoads, 2375 Philmont Avenue, Huntington Valley, PA 19006 | Claim for changed work and advice on cost rates |
| 101 | RKK | Mr. Stephen Zentz, 81 Mosher Street, Baltimore, MD 21217 | Advice on cost allowability |
| 102 | Rolls Royce | Ms. Abigail Epler, 110 Norfolk Street Walpole, MA 02081 | Advice on Cost Accounting Standards issues |
| 103 | Research Technology Inc. | Mr. Doug Greer, Ft. Collins, CO | Advice on cost structure |
| 104 | Ryan, Sharkey & Crutchfield | Mr. Tom Crutchfield, 12700 Sunrise Valley Dr., Suite 450, Reston, VA 20191 | Training on government contracting |
| 105 | Sallyport | Mr. John DeBalsio, New Jersey | Advice on contract billings |
| 106 | Scheibel Technology, Inc. | Mr. Hans Schiebel, 70 Main Street, Warrenton, VA 20186 | Advice on cost allocations, subcontracting, costing and related |
| 107 | Siemens--Government Services | Mr. David French, 1881 Campus Commons Drive, Suite 106, Reston, VA 20191 | Advice on costing contracts |
| 108 | Siemens--Intelligent Trans. Systems | Mr. Craig Debevoice, 1355 Willow Way Suite 110 Concord, CA 94520 | Advice on cost structure and rate audits |

| Item | Client | Contact and Address | Description of Work |
|---|---|---|---|
| 109 | Sikorsky Aircraft | Mr. John Chiericella, Sheppard Mullin Richter & Hampton, 1300 I Street, NW, Washington, DC 20005 | Litigation support re. bid protest |
| 110 | SIMCO | Mr. Brad Phillips, 1178 Bordeaux Drive Sunnyvale, CA 94089 | Advise on structure of indirect cost rates |
| 111 | Slattery Skanska | Mr. David Rosenbam, 16-16 Whitestone Expressway, Whitestone, NY 11357 | Advice on indirect cost structure and rates |
| 112 | Social and Scientific Systems, Inc. | Mr. Bruce Beddow, 7101 Wisconsin Avenue Suite 1300 Bethesda, MD 20814 | Advice on contracting issues |
| 113 | Spec Pro | Ms. Sharon Yalowitz, 4815 Bradford Drive, Suite 201, Huntsville, AL 35805 | Advice on cost allowability |
| 114 | Spry Networks | Mr. Ed Kim, 1555 Wilson Blvd., Arlington, VA 22209 | Advice on cost allowability |
| 115 | STI Systems Corp. | Mr. Hal Young, 10331 Democracy Lane, Fairfax, VA 22030 | Advice on cost allowability |
| 116 | STV Group | Mr. Peter W. Knipe, 205 West Welsh Drive Douglassville, PA 19518 | Expert report on time charges. |
| 117 | Summit Marketing | Mr. Dan Renz, 1 City Place, Suite 350, St. Louis, MO 63141 | Advice on cost structure |
| 118 | Summrall | Mr. Chad Hamilton, 45 Beal Parkway NE, Ft. Walton Beach, FL 32549 | Advice on indirect cost submission |
| 119 | Support Systems Associates, Inc. | Ms. Shay Wolf, 709 S. Harbor City Boulevard, Suite 350, Melbourne, FL 34901 | Advice on cost allowability |
| 120 | Syntek Technologies, Inc. | Mr. Roger Nicholas, 4301 Fairfax Drive, Suite 330, Arlington, VA 22203 | Advice on payments under T&M subcontract |
| 121 | Systran Federal Systems | Mr. Ken Baker, Linden Drive, Dayton, OH | Advice on government contracting issues. |
| 122 | TEAC | Mr. Tony Serge, 1 Cupania Circle, Monterey Park, CA 91755 | Advice on cost allowability issue |
| 123 | Techtrol Cyclonetics, Inc. | Ms. Linda Bates, PO Box 650, Dillsburg, PA 17019 | Advise on preparation of cost proposal |
| 124 | Telephonics Corporation | Mr. David Simek, 815 Broad Hollow Road, Farmingdale, NY 11735 | Advice on DCAA audit of estimating system |
| 125 | Thales | Mr. Hank Belleffleur, 22605 Gateway Center Dr., Clarksburg, MD 20871 | Advice on contract types and pricing |
| 126 | Timco | Mr. Stephen Pierce, 102 SE Academic Avenue, Lake City, FL 32025 | Advice on request for equitable price adjustment |
| 127 | Toyon Research | Mr. Mike VanBlaricum, 75 Aero Camino, Suite A Goleta, CA 93117 | Advice on cost allowability |
| 128 | Traffic Planning and Design, Inc. | Mr. Matthew Malozi, 2500 E. High Street, Pottstown, PA 19464 | Audit of Indirect cost rates |
| 129 | TRS | Mr. Ranjit Chakravorti, 5000 Executive Parkway, Suite 390, San Ramon CA 94583 | Advice on indirect cost rates |
| 130 | UAS Group, Inc. | Mr. Lon Ratley, 525 S. Main Street, Del Rio, TX 78840 | Advice on cost allowability |
| 131 | Valentec Systems, Inc. | Mr. Steve Shows, 2618 York Avenue, Minden, LA 71055 | Advice on DCAA audit findings re. Financial capability |
| 132 | VSE | Mr. Bill Goodrich, 1050 Connecticut Avenue, Washington, DC 20036 | Expert review re. cost realism |
| 133 | Watson Meegan Drury & Co. | Mr. Mike Meegan, 8000 Towers Cresent Drive, Suite 620, Vienna, VA 22182 | Advice on government contracting issues. |
| 134 | Woolpert LLP | Mr. Mark Haberstroh, 409 E. Monument Avenue Dayton, Ohio 45402 | Advice on cost allocations and training |
| 135 | WorldWide Language Resources, Inc. | Mr. Bob Arsenault, PO Box 125, Andover, ME 04216 | Advice on cost accounting system |
| 136 | Wyle Labs | Mr. Robert Ellis Wyle, 1290 Hercules, Suite 120 Houston, Texas 77058 | Advice on cost allowabilility |

**Enclosure B**
**Clients of Darrell J. Oyer & Co.**
**Past Two Years as of March 31, 2008**

| Item | Client | Contact and Address | Description of Work |
|---|---|---|---|
| 1 | Acclaim Technical Service | Ms. Susan May, 101 Main Street, Suite 230, Huntington Beach, CA 92648 | Advice on government contracting issues. |
| 2 | Actuarial Research Corporation | Ms. Michele Windsor, 6928 Little River Turnpike, Suite E, Ananadale, VA 22003 | Advice on Cost Accounting Standards issues |
| 3 | Advanced Aerials Inc. | Mr. Bert Wagner, 11606 Jennings Drive, Remington, Virginia 22734 | Cost Proposal Preparation assistance |
| 4 | Advanced Systems Development | Ms. Mary Jane Patel, 2600 Shirlington Road, Suite 800, Arlington, VA 22206 | Advice on cost structure |
| 5 | AFSC | Mr. Jack Murray, 2600 Shirlington Road, Suite 350, Arlington, VA 22206 | Proposal preparation assistance |
| 6 | AIS, Inc. | Mr. Arvidas Poshkus, PO Box 2093, New Bedford, Massachusetts 02741 | GSA Schedule supporting documentation |
| 7 | Alpha Port | Ms. Susan May, 18013 Cleveland Parkway Drive, Cleveland, OH 44135 | Advice on cost structure |
| 8 | American Consulting Engineer Companies | Mr. Steve Hall, 1015 15th Street, Washington, DC | Advice on contract cost issues |
| 9 | American Ordnance | Mr. Tom Lemmer, McKenna Long & Aldridge LLP, 1875 Lawrence Street, Suite 200, Denver, CO 80202 | Litigation support re. defective pricing |
| 10 | AOPA | Mr. Roger Myers, 421 Aviation Way, Frederick, Maryland 21701 | Advice on indirect cost structure and rates |
| 11 | Applied Research Associates | Mr. Jack McChesney, 4300 San Mateo Blvd., NE, Suite A220, Albuquerque, NM 87110 | Advice on DCAA audit findings re. indirect costs |
| 12 | Arizona DOT | Mr. Bernard Gellner, 1739 W. Jackson Mail Drop 100P Phoenix, Arizona 85007-3276 | Training |
| 13 | A-TEK | Ms. Debbie Rieger, 602 S. King Street, Suite 300, Leesburg, VA 2017 | Advice on Cost Accounting Standards issues |
| 14 | Austral | Mr. Robert Cassibry, PO Box 1049, Mobile, AL 36633 | Advice on cost allowability |
| 15 | Azbell Electronics | Mr. Billy Abzell, PO Box 5992, Ft., Hood, Texas 76544 | Accounting system advice |
| 16 | Balfour Beatty | Mr.David Kole, 3924 Pender Drive, Fairfax, VA 22030 | Advice on cost structure |
| 17 | Barrios Technology, Inc. | Mr. John Edwards, 16441 Space Center Blvd., Suite B-100, Houston, Texas 77058 | Advice on allowability of costs |
| 18 | Beason & Nalley, CPA | Mr. Scott Butler 101 Monroe Street Huntsville, AL 35801 | Advice on allowability of costs |
| 19 | Benatec Associates | Ms. Janice Buffington, 200 Airport Road, New Cumberland, PA 17070 | Advice on cost structure |
| 20 | Blackhawk Management | Mr. Stan Moorehead, 1335 Regents Park Drive, Houston, Texas 77058 | Advice on cost allowability of bonuses |
| 21 | Boh Environmental, LLC | Mr. Eric Hediger, 14080-D Sullyfield Circle, Chantilly, VA 20151 | Advice on cost support for commercial items |
| 22 | Booz Allan Hamilton | Mr. Mark Gubich, 8283 Greensboro Drive McLean, VA 22102 | Labor audits |
| 23 | C4 SIS, Inc. | Mr. Roberto Lopez, 1808 Granex Drive, Killeen, TX 76542 | Advice on government contracting issues. |
| 24 | CACI, Inc. | Mr. Richard Webber, 1050 Connecticut Ave, Washington, DC 20036 | Advice on bid protest for consulting services. |
| 25 | Cahaba Associates | Mr. Ronald Whitehead, 450 Riverchase Parkway East, Birmingham, Alabama 35298 | Advice on preparation of cost proposal |
| 26 | Capital Edge Consulting, Inc. | Mr. Chad Braley, 8300 Greensboro Dr., Suite 800, McLean, VA 22102 | Advice on Cost Accounting Standards issues |
| 27 | CDM--Federal Programs Corporation | Mr. David Martin, 14420 Albemarle Point Place, Suite 210 | Advice on government contract accounting and bid protest |
| 28 | Center for Innovative Research | Ms. Linda Gentry, 2214 Rock Hill Road, Suite 600, Herndon, VA 22170 | Advice on development of cost accounting system |
| 29 | ConED | Mr. Barry Holt, 4350 North Fairfax Drive, Suite 820, Arlington, VA 22203 | Advice on preparation of cost proposal |
| 30 | Conley & Associates | Mr. Mike Grieshaber, 15933 Clayton Road, Suite 115, Baldwin, MO 63011 | Advice on government contracting issues. |
| 31 | Consultant Engineering, Inc. | Mr. Eric Thompson, PO Box 37167, Phoenix, AZ 85069-7167 | Advise on structure of indirect cost rates |
| 32 | Crane Electronics Group | Mr. Jorge Morales, 10301 Willows Road, Redmond, WA 98073 | Advice on cost structure |
| 33 | CRB Associates | Ms. Rachel Rogers, Box 6509, Portsmouth, VA 23703 | Advice on request for equitable price adjustment |
| 34 | Computer Sciences Corporation | Ms. Elizabeth Novak, 3710 Fairview Park Drive , Falls Church, VA 22042 | Advice on government contract accounting |
| 35 | CSC | Mr. Declan Leonard, Albo & Oblon, 2200 Clarendon Boulevard, Arlington, VA 22201 | Advice on DCAA audit findings on incurred costs. |
| 36 | Cummings | Mr. Pete Heald, 31371 Rancho Viejo Road, Suite 102, San Juan Capistrano, CA 92675 | Advice on cost allowability |
| 37 | Curtiss Wright | Mr. Robert J. Mondschein, 942 Memorial Parkway Phillipsburg, NJ 08865 | Advice on accounting for acquisitions and mergers |
| 38 | Datex | Mr. Ajit S. Dutta, PO Box 312, Oakton, VA 22124 | Settlement of issues with DOJ |
| 39 | Dick Corporation | Mr. Brian Craver, 1804 K Street, NW, Washington, DC 20006 | Expert report on construction costs |
| 40 | Diverse Technologies Corporation | Mr. Tyrone Barnett, 8233 Penn-Randall Place, Upper Marlboro, MD 20772 | Advice on cost accounting system |
| 41 | DRS | Mr. Alan Gross, 5 Sylvan Way Parsippany, NJ 07054 | Advice on government contract accounting |
| 42 | eCompex | Ms. Fanyang Jiang, 7926 Jones Branch Drive, Suite 570, McLean, VA 22102 | Advice on establishing accounting system and proposal preparation |
| 43 | EDS | Mr. Michael Quint, 13600 EDS Drive, Herndon, Virginia 22071 | Advice on cost allocations |
| 44 | EMI | Mr. William Eshelman, 1747 Pennsylvania Ave. NW, Suite 300, Washington, DC 20006 | Advice on documentation of costs |
| 45 | Energy Conversion Devices | Mr. Ken Pullis, 1675 W. Maple Troy, Michigan 48084-7197 | Advice on government contract accounting |
| 46 | Entron Systems | Mr. Dick Schmitt, 815 N. Downs, Suite C, Ridgecrest, CA 93555 | Advice on contract administration |
| 47 | ESCO Electronics | Mr. Charles J. Kretschmer, 8888 LaDue Road St. Louis, MO 63124 | Advice on government contracting |
| 48 | Escrub | Mr. Ralph Genuario, 301 S. West Street, Alexandria, VA 2231 | Claim for depreciation costs. |
| 49 | Gannett Fleming | Mr. Lynn E. Knepp, Box 67100 Harrisburg, PA 17106 | Advice on government contract accounting and training for engineers |
| 50 | Gannon Technologies Group | Mr. Robert Scott, 1000 North Payne Street, Suite 200, Alexandria, VA 22314 | Advice on cost accounting and cost data |
| 51 | GTI | Mr. John Person, Person and Craver, 1801 K Street, Washington, DC 20006 | Litigation support re. teaming agreement |
| 52 | H&R | Mr. James Belcher, 100 Garden City Plaza, Garden City, NY 11530 | Advice on termination for convenience |

| Item | Client | Contact and Address | Description of Work |
|---|---|---|---|
| 53 | HDL Research Labs, Inc. | Mr. Bryan Butler, 406 W. Horton, Brenham, TX 77834 | Advice on indirect cost submission |
| 54 | HigherEd.org, Inc. | Mr. Lew Costello, 21 South Kent Street, Winchester, VA 22601 | Advice on cost structure |
| 55 | Honeywell | Mr. Nick Shank, 1944 East Sky Harbor Circle, Phoenix, AZ 85034 | Advice on CAS and Disclosure Statement |
| 56 | Human Genome Sciences, Inc. | Mr. Alan Esenstad, 14200 Shady Grove Road, Rockville, MD 20850 | Advice on development of cost accounting system |
| 57 | ICF Consulting | Mr. Alan Stewart, 9300 Lee Highway, Fairfax, VA 22031 | Advice on mergers and acquisitions |
| 58 | Ingenix | Mr. John McCormick, 1925 Issac Newton Square, Reston, VA 22190 | Advice on GSA Schedule work. |
| 59 | Integrated Data Services | Ms. Susan May, 2141 Rosecrants Avenue, El Segundo, CA 90245 | Advice on cost allowability |
| 60 | IntelliDyne | Ms. Fern Ward, 5205 Leesburg Pike, Suite 400, Falls Church, VA 22041 | Advice on cost structure |
| 61 | Intelsat General | Ms. Ann Bryan, 1410 Spring Hill Road, Suite 400, McLean, VA 22120 | Advice on government contracting issues. |
| 62 | JUB Engineers | Mr. Tom Arkooh, Boise, Idaho | Advice on state audit report |
| 63 | Kato Engineering | Mr. Les Altenberger, PO Box 8447, Mankato, MN 56002 | Advice on preparation of cost proposal |
| 64 | KBR | Ms. Sandra K. Jones. 4100 Clinton Drive, Houston, Texas 77020 | Audit of Indirect cost rates |
| 65 | Keegan, Linscott & Kenon | Mr. Tony Kenon, 33 N. Stone Ave., Suite 101,Tucson, AZ 85701 | Advice on cost allowability |
| 66 | Kforce Government Solutions | Mr. Dave Kelly, 2750 Prosperity Avenue, Fairfax, VA 22031 | Advice on government contract compliance |
| 67 | Kimball Associates | Mr. Sam Kerns, 615 W. Highland Avenue, Ebensburg, PA 15131 | Training on government contracting |
| 68 | Korry Electronics | Mr. Alan Levis, 901 Dexter Avenue, North, Seattle, WA 98109 | Advice on cost accounting system |
| 69 | KUK-KBR | Mr. Pat McCormick, 1525 Wilson Boulevard, Arlington, VA 22209 | Advice on cost accounting system |
| 70 | Kvaerner Processing Services, Inc. | Mr. Mick McCluskey, 7909 Parkwood Circle Drive P.O. Box 720421 Houston, Texas 77272 | Advice on cost allowability |
| 71 | L-3 | Mr. Jay Devecchio, Jenner & Block, 601 13th Street, Suite 1200 South, Washington, DC 20005 | Litigation support re. bid protest |
| 72 | Lumenesent Systems | Mr. Jeffery Trottier, 4 Lucent Drive, Lebanon, NH 03766 | Advice on cost accounting system |
| 73 | Marine Hydraulics International, Inc. | Mr. Terry Murphy, 150 W. Main St., Suite 2100, Norfolk, VA 23510 | Bid Protest |
| 74 | Martin Baker Aircraft Company | Ms. Debra Torngren, Denham, UK | Training on government contracting |
| 75 | Micromechatronics, Inc. | Ms. Maureen Mulvihill, 200 Innovations Boulevard, State College, PA 16803 | Advice on cost accounting system |
| 76 | Mine Safety Appliances | Mr. Jack Ferry, PO Box 426, Pittsburgh, PA 15230 | Advice on cost allowabillity |
| 77 | Modern Technology Corp. | Mr. Richard Schott, 4032 Linden Avenue Dayton, Ohio 45432 | Advice on contracting issues |
| 78 | Muniz Engineering | Mr. Ed Muniz, 16903 Bucaneer Lane, Suite 200, Houston, TX 77058 | Advice on cost structure |
| 79 | Nano, Inc. | Mr. Scott Orbach, PO Box 30096, Bethesda, MD 20824 | Advice on DCAA audit findings re. indirect costs |
| 80 | NearInfinity | Mr. Chris Dagostino, 1267 Weatherstone Court, Reston, VA 20194 | Advice on cost structure |
| 81 | New Mexico Department of Transportation | Mr. Myles Sweeney, Santa Fe, New Mexico | Training |
| 82 | NOVA | Mr. Russ Jeffries, 1900 Elkin Street Suite 230 Alexandria, VA 22308 | Advice on cost accounting structure and cost allowability |
| 83 | NTA | Mr. Ron Pearlman, 1776 K Street NW, Suite 800, Washington, DC 20006 | Advice on cost accounting standards |
| 84 | O'Sullivan & Creel | Mr. Chad Hamilton, 45 Beal Parkway NE, Ft. Walton Beach, FL 32549 | Advice on cost allowability |
| 85 | Odebrecht Constrution | Mr. Alexander Christiani, 210 Alhambra Circle, Miami, FL | Advice on cost allowability |
| 86 | Ocean Shipholding, Inc. | Mr. Jack Welch, 16211 Park Terrace Place Houston, Texas 77084 | Advice on contract costing |
| 87 | OEWaves, Inc. | Ms. Debra Coler, 1010 E. Union Street, Suite 101, Pasadena, CA 91106 | Advice on cost structure |
| 88 | Olgoonik Development LLC | Mr. Steven Cofer, 1655 N. Ft. Myer Drive, Suite 550, Arlington, VA 22209 | Advice on accounting structure |
| 89 | Pankl | Mr. Hugh Verano, 3 Park Plaza, Suite 1570, Irvine, CA 92614 | Advice on rebuttal of defective pricing allegation |
| 90 | Pennoni Associates, Inc. | Mr. Eric Flicker, 3001 Market Street, Philadelphia, PA 19104 | Cost structure and investigation of alleged mischarging |
| 91 | Philotechnics | Mr. Dave Grayson, 118 Mitchell Road, Oak Ridge, TN 37830 | Advice on claim |
| 92 | Pricewaterhouse Coopers | Mr. James Thomas, 1301 K Street, Washington, DC 20005 | Advice on cost accounting system |
| 93 | Proxy Aviation Systems, Inc. | Mr. Chris Hamilton, 12850 Middlebrook Road, Suite 250, Germantown, MD 20874 | Advice on accounting system |
| 94 | PTI, Inc. | Mr. Sam Chapetta, 510 Del Norte Boulevard, Oxnard, CA 93030 | Training on government contracting |
| 95 | QinetiQ | Mr. Preston Evers, 2345 Jefferson Davis Highway, Suite 909, Arlington, VA 22202 | Advice on costing contracts and accounting system |
| 96 | Rantec | Mr. Frank Janku Rantec 1173 Los Olivos Los Osos, CA 93402 | Claim for changed work and advice on cost data |
| 97 | Reality Mobile | Mr. Tom Crutchfield, 12700 Sunrise Valley Dr., Suite 450, Reston, VA 20191 | Advice on cost accounting structure and cost allowability |
| 98 | Remmele Engineering | Mr. Don Hickerson, 17465 198th Avenue, Big Lake, MN 55309 | Advice on cost accounting system |
| 99 | RGI | Mr. Ed Tolchin, Fettmann, Tolchin & Majors, 10509 Judicial Drive, Suite 300, Fairfax, VA 22030 | Litigation support re. subcontract pricing |
| 100 | Rhoads Construction | Mr. Dan Rhoads, 2375 Philmont Avenue, Huntington Valley, PA 19006 | Claim for changed work and advice on cost rates |
| 101 | RKK | Mr. Stephen Zentz, 81 Mosher Street, Baltimore, MD 21217 | Advice on cost allowability |
| 102 | Rolls Royce | Ms. Abigail Epler, 110 Norfolk Street Walpole, MA 02081 | Advice on Cost Accounting Standards issues |
| 103 | Research Technology Inc. | Mr. Doug Greer, Ft. Collins, CO | Advice on cost structure |
| 104 | Ryan, Sharkey & Crutchfield | Mr. Tom Crutchfield, 12700 Sunrise Valley Dr., Suite 450, Reston, VA 20191 | Training on government contracting |
| 105 | Sallyport | Mr. John DeBalsio, New Jersey | Advice on contract billings |
| 106 | Scheibel Technology, Inc. | Mr. Hans Schiebel, 70 Main Street, Warrenton, VA 20186 | Advice on cost allocations, subcontracting, costing and related |
| 107 | Siemens--Government Services | Mr. David French, 1881 Campus Commons Drive, Suite 106, Reston, VA 20191 | Advice on costing contracts |
| 108 | Siemens--Intelligent Trans. Systems | Mr. Craig Debevoice, 1355 Willow Way Suite 110 Concord, CA 94520 | Advice on cost structure and rate audits |

| Item | Client | Contact and Address | Description of Work |
|---|---|---|---|
| 109 | Sikorsky Aircraft | Mr. John Chiericella, Sheppard Mullin Richter & Hampton, 1300 I Street, NW, Washington, DC 20005 | Litigation support re. bid protest |
| 110 | SIMCO | Mr. Brad Phillips, 1178 Bordeaux Drive Sunnyvale, CA 94089 | Advise on structure of indirect cost rates |
| 111 | Slattery Skanska | Mr. David Rosenbam, 16-16 Whitestone Expressway, Whitestone, NY 11357 | Advice on indirect cost structure and rates |
| 112 | Social and Scientific Systems, Inc. | Mr. Bruce Beddow, 7101 Wisconsin Avenue Suite 1300 Bethesda, MD 20814 | Advice on contracting issues |
| 113 | Spec Pro | Ms. Sharon Yalowitz, 4815 Bradford Drive, Suite 201, Huntsville, AL 35805 | Advice on cost allowability |
| 114 | Spry Networks | Mr. Ed Kim, 1555 Wilson Blvd., Arlington, VA 22209 | Advice on cost allowability |
| 115 | STI Systems Corp. | Mr. Hal Young, 10331 Democracy Lane, Fairfax, VA 22030 | Advice on cost allowability |
| 116 | STV Group | Mr. Peter W. Knipe, 205 West Welsh Drive Douglassville, PA 19518 | Expert report on time charges. |
| 117 | Summit Marketing | Mr. Dan Renz, 1 City Place, Suite 350, St. Louis, MO 63141 | Advice on cost structure |
| 118 | Summrall | Mr. Chad Hamilton, 45 Beal Parkway NE, Ft. Walton Beach, FL 32549 | Advice on indirect cost submission |
| 119 | Support Systems Associates, Inc. | Ms. Shay Wolf, 709 S. Harbor City Boulevard, Suite 350, Melbourne, FL 34901 | Advice on cost allowability |
| 120 | Syntek Technologies, Inc. | Mr. Roger Nicholas, 4301 Fairfax Drive, Suite 330, Arlington, VA 22203 | Advice on payments under T&M subcontract |
| 121 | Systran Federal Systems | Mr. Ken Baker, Linden Drive, Dayton, OH | Advice on government contracting issues. |
| 122 | TEAC | Mr. Tony Serge, 1 Cupania Circle, Monterey Park, CA 91755 | Advice on cost allowability issue |
| 123 | Techtrol Cyclonetics, Inc. | Ms. Linda Bates, PO Box 650, Dillsburg, PA 17019 | Advise on preparation of cost proposal |
| 124 | Telephonics Corporation | Mr. David Simek, 815 Broad Hollow Road, Farmingdale, NY 11735 | Advice on DCAA audit of estimating system |
| 125 | Thales | Mr. Hank Belleffleur, 22605 Gateway Center Dr., Clarksburg, MD 20871 | Advice on contract types and pricing |
| 126 | Timco | Mr. Stephen Pierce, 102 SE Academic Avenue, Lake City, FL 32025 | Advice on request for equitable price adjustment |
| 127 | Toyon Research | Mr. Mike VanBlaricum, 75 Aero Camino, Suite A Goleta, CA 93117 | Advice on cost allowability |
| 128 | Traffic Planning and Design, Inc. | Mr. Matthew Malozi, 2500 E. High Street, Pottstown, PA 19464 | Audit of Indirect cost rates |
| 129 | TRS | Mr. Ranjit Chakravorti, 5000 Executive Parkway, Suite 390, San Ramon CA 94583 | Advice on indirect cost rates |
| 130 | UAS Group, Inc. | Mr. Lon Ratley, 525 S. Main Street, Del Rio, TX 78840 | Advice on cost allowability |
| 131 | Valentec Systems, Inc. | Mr. Steve Shows, 2618 York Avenue, Minden, LA 71055 | Advice on DCAA audit findings re. Financial capability |
| 132 | VSE | Mr. Bill Goodrich, 1050 Connecticut Avenue, Washington, DC 20036 | Expert review re. cost realism |
| 133 | Watson Meegan Drury & Co. | Mr. Mike Meegan, 8000 Towers Cresent Drive, Suite 620, Vienna, VA 22182 | Advice on government contracting issues. |
| 134 | Woolpert LLP | Mr. Mark Haberstroh, 409 E. Monument Avenue Dayton, Ohio 45402 | Advice on cost allocations and training |
| 135 | WorldWide Language Resources, Inc. | Mr. Bob Arsenault, PO Box 125, Andover, ME 04216 | Advice on cost accounting system |
| 136 | Wyle Labs | Mr. Robert Ellis Wyle, 1290 Hercules, Suite 120 Houston, Texas 77058 | Advice on cost allowabililty |

# Enclosure C
# Description of Services

In connection with the Protest filed at the U.S. Court of Federal Claims (No. 08-238C), I have been engaged to assist counsel in examining, understanding and evaluating issues, and providing an expert opinion if appropriate, connected which the disclosure of the American Ordnance proprietary information on the Solicitation W52P1J-06-R-0201 virtual technical library.

**ENCLOSURE D**
**Darrell J. Oyer**
**April 1, 2008**

**STATEMENT OF INTEREST/AFFILIATION WITH INTERESTED PARTIES**

**Neither I, my spouse nor any member of my family have any financial interest in any of the interested parties in the subject protest.**

# Enclosure E
# Admission to Protective Orders
## Darrell J. Oyer

I have never been denied admission to a protective order. The following are my engagements involving GAO since 1982:

1. **Halifax Engineers** v. Department of Navy, (Bid Protest), 1991.
2. **RGI, Inc.** v. Department of Navy, (GSBCA No. 11752-P), 1991.
3. **General Electric** v. Department of Navy, (Bid Protest), 1992.
4. PRC, Inc. v. Department of Justice **(Maxima Corp., Intervener)**, (Bid Protest, GSBCA No. 12053-P), 1992.
5. **TMS** v. General Services Administration, (Bid Protest), 1993.
6. **Canadian Commercial Corp., Heroux** v. Department of the Air Force, (Bid Protest, B-254278), 1993.
7. **NASCO Air Brake Co. v.** Department of the Air Force, (GAO, Bid Protest), 1993.
8. **NASCO Air Brake Co. v.** Department of the Air Force, (GAO, Bid Protest), 1994.
9. **E-Systems, Inc.** v. Department of Justice, (Bid Protest, GAO), 1994.
10. **American Medical Depot** v. Veterans Administration, (Bid Protest, GAO), 2001.
11. **Bank of America** v. Department of Defense, (Bid Protest), GAO, 2001.
12. **ITT** v. Department of Army (Bid Protest), GAO, 2001.
13. **SAIC** v. Environmental Protection Agency, (Bid Protest, B-293601), GAO, 2004.
14. **Lockheed Martin** v. Department of Army, (Bid Protest, B-293679), GAO 2004.
15. **PM Tech-CDM Paducah JVC LLC** v. Department of Energy (Bid Protest B-295663.2, B-295663.3 and B-295663.5, 2004.
16. Metro Machine v. Navy **(Norshipco, Intervener)** (Bid Protest, B-295744), GAO 2005.
17. Flour v. EPA **(Intervener Washington Group)**, (GAO Bid Protest), 2005.
18. ITT Services v. **U.S. Corp of Eng., (Intervener, Kellogg Brown and Root Services)**, (GAO Bid Protest), 2005.
19. **Marine Hydraulic International, Inc.** v. Navy, (Bid Protest, B-298335), GAO 2006.
20. EG&G Technical Services v. Treasury **(VSE, Intervener),** (Bid Protest), B-298615, GAO, 2006.
21. **Sikorsky Aircraft Corporation** v. U.S. Air Force, (Bid Protest B-299145), GAO 2006.
22. **L-3** v. Department of Army (Global Linguistics Solutions, Intervener), (Bid Protest B-299317), GAO 2007.
23. Raytheon v. Department of Army **(L-3, Intervener),** (Bid Protest B-298626.2), GAO 2007.
24. CMG and IAP v. Department of Army **(KBR, Intervener)**, (Bid Protest B-309752.1 and B-309752.2), GAO 2007.
25. **CACI** v. Department of Army (EWA, Intervener), (Bid Protest B-310647), GAO 2007.

**Client in Bold Font**

# Enclosure F
# Professional Associations
## Darrell J. Oyer

I belong to the: Institute of Management Accountants (CMA #11444) and the National Contract Management Association (CPCM #4236)