# In the United States Court of Federal Claims

No. 08-238C

(Filed: April 8, 2008)

| | |
|---|---|
| ******************************************* | * |
| | * |
| AMERICAN ORDNANCE LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ******************************************* | * |

**SCHEDULING ORDER**

On April 8, 2008, the Court conducted a telephonic conference call on the record with counsel for the parties. With the assistance and agreement of counsel, the Court established the following schedule for future proceedings pursuant to Rule 52.1:

1. Defendant shall file an administrative record with the Court by April 18, 2008;

2. Plaintiff shall file its motion for judgment on the administrative record by May 9, 2008;

3. Defendant shall file its cross-motion for judgment on the administrative record by May 30, 2008;

4. Plaintiff shall file its response to Defendant's cross-motion by June 13, 2008; and

5. The Court shall hear oral argument on the parties' cross-motions on June 26, 2008, at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge