**ATTACHMENT 3 TO PLAINTIFF AMERICAN ORDNANCE LLC'S MOTION FOR CLARIFICATION OF SCHEDULE AND, IN THE ALTERNATIVE, BIFURCATION OF PROTEST ISSUES**

**EVIDENCE TO BE DEVELOPED IN LINE 3A CASE**

Factual development and discovery in the Title Case, No. 07-0867C, is necessary to develop facts involving the parties' intent, representations, and communications surrounding the negotiation and definitization of the Line 3A Equipment contract. Specifically, AO intends to develop facts regarding the following issues:

- The government's initial request for production of M795 Projectiles to be produced on Line 3A;
- The government's direction to AO to procure Line 3A equipment necessary to produce M795 Projectiles;
- The government's communications and directives to AO stating that the government would not hold title in the Line 3Aequipment AO procured to manufacture M795 Projectiles;
- The government's intent in not including a separate contract line item number ("CLIN") requiring delivery of Line 3A Equipment to the government;
- The government's direction and communications with AO indicating that a first article test quantity and subsequent production quantities of M795 Projectiles was the only deliverable under the production contract;
- The government's subsequent audits of AO's property record books and tagging of government-owned property that excluded Line 3A equipment from lists of Government-owned property;
- Communications from the government's representatives subsequent to contract definitization regarding the government's understanding of ownership of the Line 3A Equipment;
- The government's decision to require AO to re-tag and revise its ownership records in advance of the present procurement.