# In the United States Court of Federal Claims

No. 08-238C

(Filed: April 16, 2008)

```
*************************************** *
                                        *
AMERICAN ORDNANCE LLC,                  *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

**ORDER**

On April 15, 2008, Plaintiff filed a Motion for Clarification of Schedule or, in the Alternative, Bifurcation of Protest Issues. Counsel for Defendant is requested to file its Response to Plaintiff's April 15, 2008 Motion on or before April 23, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge