**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| AMERICAN ORDNANCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-238C<br>(Judge Wheeler) |

**<u>DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD</u>**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims and the Court’s March 7, 2008 Order, defendant hereby provides notice that it is filing the administrative record of the proceedings in the above-captioned bid protest. Copies will be provided to plaintiff and counsel for the agency.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/<u>Reginald T. Blades, Jr.</u>
REGINALD T. BLADES, JR.
Assistant Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Civil Division,
National Courts Section
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0341 (Phone)
(202) 514-8624 (Facsimile)
Attorneys for Defendant

April 18, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| AMERICAN ORDNANCE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-238C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

INDEX TO THE ADMINISTRATIVE RECORD

PAGE(S)

Memorandum for U.S. Army Joint Munitions & Lethality Life Cycle Management Command, Subject: Investigation Into Possible Violation of the Procurement Integrity Act, dated February 22, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Memorandum for Record, Subject: Review of Electronic Technical Library Contents - Competition of Contract for Operations of Iowa AAP/Milan AAP, dated November 19, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Iowa/Milan Acquisition Status Update, dated October 31, 2007 . . . . . . . . . . . . . . . . . . 13

MLAAP Idle Facilities Audit File Access Log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Letters from Cindy Peterman to Rose Gazarek (BAE) and Jay Ignaczak (EB&D), Subject: Iowa/Milan Army Ammunition Plants - Virtual Technical Library Posting, dated December 14, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Letter from Rose Gazarek (BAE) to Cindy Peterman (PCO), Subject: Iowa/Milan Army Ammunition Plants - Virtual Technical Library Posting, dated December 17, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Letter from Cindy Peterman to Rose Gazarek, Subject: Iowa/Milan Army Ammunition Plants - Virtual Technical Library Posting, dated December 18, 2007 . . . . . . . . . . . . . . 29

Letter from Rose Gazarek to Cindy Peterman, Subject: Iowa/Milan Army Ammunition Plants - Virtual Technical Library Posting, dated December 20, 2007 . . . . . . . . . . . . . . 33

BAE Affidavits & Declarations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Rose Gazarek Declarations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 129

E-mail from Jay Ignaczak (EBA&D) to Sarah Sims (Contract Specialist),
Subject: Re: Iowa/Milan Virtual Technical Library
Posting, dated December 20, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

Jay Ignaczak Affidavit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 220

Letter from Cindy Peterman to Deb Moeschl (ATK), Eric Hemmer (Praxis Solutions)
and David Stilwell (EBA&D), dated January 25, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . 222

Additional Affidavits - ATK, EBA&D, Praxis Solutions . . . . . . . . . . . . . . . . . . . . . . . 232

Memorandum for Record Subject: Investigation of Release of American Ordnance
Proprietary Cost and Pricing Information, dated February 22, 2008 . . . . . . . . . . . . . . . 254

Letter from Steven Masiello to Cindy Peterman, Subject: Notice of Alleged Violation of
the Procurement Integrity Act, dated December 6, 2007 . . . . . . . . . . . . . . . . . . . . . . . 265

Milan - Iowa AAP Technical Library File Access Log . . . . . . . . . . . . . . . . . . . . . . . . . 327

Modification PZ0001 to Letter contract DAAE30-96-C-0013,
dated August 15, 1996 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 332

Letter from David Banashefski (Contracting Officer) to Dennis Schlief
(Mason and Hanger) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 342

Modification to DAAE30-96-C-0013, dated March 1997 . . . . . . . . . . . . . . . . . . . . . . . 346

Letter from Charles Smith (PCO) to Kristen Barnard, dated September 26, 2007 . . . . 351

Letter from Kristen Barnard (AO) to Charles Smith, dated September 13, 2007 . . . . . 361

Memorandum for Record, Subject: Affidavits Received in Response to Investigation
into Possible Procurement Integrity Act Violation W52P1J06-R-0201,
dated February 22, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 367

Technical Library Access List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 369

View of the "MLAAP Final ACO 10-17-2007" file when opened in the VTL . . . . . . . 378

American Ordnance Proprietary Cost Information as it appeared in the Technical Library . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 380

W52P1J06-R-0201 Agency Administrative Record . . . . . . . . . . . . . . . . . . . . . . . . . . 382

CERTIFICATE OF FILING

I hereby certify that on the 18th day of April, 2008, a copy of the foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joan M. Stentiford