# In the United States Court of Federal Claims

No. 08-238C

(Filed: April 28, 2008)

```
**************************************** *
                                         *
AMERICAN ORDNANCE LLC,                   *
                                         *
                    Plaintiff,           *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**ORDER**

On April 25, 2008, Plaintiff filed a Motion for Leave to File First Amended Complaint in the above-captioned bid protest, pursuant to Rule 15(a) of the Court's rules. For good cause shown, Plaintiff's motion is GRANTED. The Clerk is directed to allow the filing of Plaintiff's April 25, 2008 First Amended Complaint, and DISMISS AS MOOT Plaintiff's April 15, 2008 Motion for Clarification of Schedule. The Court's April 8, 2008 Scheduling Order shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge