ELECTRONICALLY FILED ON May 5, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08-cv-00238-TCW |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BAE SYSTEMS ORDNANCE SYSTEMS INC. | ) | |
| | ) | |
| Interested Party. | ) | |
| | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

BAE Systems Ordnance Systems Inc. ("BAE Systems OSI"), an interested party that seeks to intervene in the above-captioned action, by undersigned counsel, states that BAE Systems OSI is a wholly owned subsidiary of BAE Systems, Inc. and ultimately owned in the United States by BAE Systems Holdings Inc., which is owned by BAE Systems Plc., a company registered under the laws of England and Wales, with publicly traded stock on the London Stock Exchange.

Dated: May 5, 2007

Respectfully submitted,

s/ Drew A. Harker
Drew A. Harker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5022
(202) 942-5999
drew.harker@aporter.com

*Attorney of Record for*
*BAE Systems Ordnance Systems Inc.*

*Of Counsel:*

Stuart W. Turner
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5759
(202) 942-5999
stuart.turner@aporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be served by electronic mail this 5th day of May, 2008, upon:

Stuart B. Nibley
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-3701
nibleys@dicksteinshapiro.com
*Attorney for Plaintiff*

Joan Margaret Stentiford
U.S. Department of Justice
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 616-0341
joan.stentiford-ulmer@usdoj.gov
*Attorney for Defendant*

s/ Drew A. Harker
Drew A. Harker