**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **American Ordnance LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**The United States,**<br><br>**Defendant.** | **No. 08-238C**<br>**(Judge Wheeler)** |

**PLAINTIFF AMERICAN ORDNANCE LLC'S RESPONSE TO BAE SYSTEMS ORDNANCE SYSTEMS INC.'S REQUEST TO INTERVENE**

Plaintiff American Ordnance LLC files its Response to BAE Systems Ordnance Systems Inc.'s ("BAE OSI's") Motion to Intervene, and states as follows:

Plaintiff American Ordnance LLC does not object to BAE OSI's intervention.

Respectfully submitted,

Dated: May 12, 2008

/s/ Stuart B. Nibley

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

CERTIFICATE OF FILING

I hereby certify that on the 12th day of May, 2008, a copy of the foregoing Response to BAE Systems Ordnance System Inc.'s Request to Intervene was filed electronically. I understand notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stuart B. Nibley