# In the United States Court of Federal Claims

No. 08-238C

(Filed: May 13, 2008)

| | |
|---|---|
| ****************************************** | * |
| AMERICAN ORDNANCE LLC, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| BAE SYSTEMS ORDNANCE SYSTEMS INC., | * |
| Defendant-Intervenor. | * |
| ****************************************** | * |

## ORDER

On May 5, 2008, counsel for BAE Systems Ordnance Systems Inc. ("BAE") filed a Motion to Intervene in the above-captioned bid protest, pursuant to Rule 24(a) of the Court's Rules. For good cause shown, BAE's motion is GRANTED. Accordingly, BAE shall henceforth be identified as "Defendant-Intervenor" in this action. BAE's participation and filings in this matter shall be on the scheduled dates applicable to Defendant.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge