ELECTRONICALLY FILED ON May 13, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.<br><br>Defendant-Intervenor. | ) | 1:08-cv-00238-TCW<br>(Judge Wheeler) |

**PRAECIPE REGARDING**
**APPLICATIONS FOR ACCESS TO PROTECTED MATERIAL**

BAE Systems Ordnance Systems Inc. ("BAE Systems OSI"), having been admitted as a Defendant-Intervenor in this matter, hereby files Applications for Access to Material Under the Protective Order for outside counsel Drew A. Harker and Stuart W. Turner. BAE Systems OSI has consulted with counsel for the Plaintiff and Defendant, and neither party has any objection to BAE Systems OSI's applications.

Dated: May 13, 2008

Respectfully submitted,

s/ Drew A. Harker
Drew A. Harker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5022
(202) 942-5999
drew.harker@aporter.com

*Attorney of Record for*
*BAE Systems Ordnance Systems Inc.*

*Of Counsel:*

Stuart W. Turner
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5759
(202) 942-5999
stuart.turner@aporter.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Praecipe to be served by electronic mail this 13th day of May, 2008, upon:

Stuart B. Nibley
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-3701
nibleys@dicksteinshapiro.com
*Attorney for Plaintiff*

Joan Margaret Stentiford
U.S. Department of Justice
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 616-0341
joan.stentiford-ulmer@usdoj.gov
*Attorney for Defendant*

s/ Drew A. Harker
Drew A. Harker