**FORM 9**
**APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL**

# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN ORDNANCE, INC., | ) | No. 1:08-cv-00238-TCW |
| Plaintiff, | ) | Judge Wheeler |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

**APPLICATION FOR ACCESS TO MATERIAL UNDER A PROTECTIVE ORDER FOR OUTSIDE COUNSEL**

1. I, Stuart W. Turner, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of Arnold & Porter LLP, which has been retained to represent BAE Systems Ordnance Systems Inc., a party to this proceeding.

3. I am a member of the bar(s) of the District of Columbia (bar number 478392) and of the state of Virginia (bar number 47489).

4. My professional relationship with the party I represent in this protest and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this protest, or any other firm that might gain a competitive advantage from access to the material disclosed under the protective order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or

advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

   NONE

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the protest or with any other firm that might gain a competitive advantage from access to the material disclosed under the Protective Order:

   NONE

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal:

   NONE

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by the U.S. Court of Federal Claims:

   NONE

9. I have read the protective order issued by the U.S. Court of Federal Claims in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with this proceeding.

10. I acknowledge that any violation of the terms of the protective order may result in the imposition of such sanctions as may be deemed deems appropriate by the court and in possible civil and criminal liability.

CERTIFICATION

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

Signature

5/9/08
Date Executed

Stuart W. Turner - Associate
Typed Name and Title

Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC, 20004-1206
Mailing Address

(202) 942-5759
Direct Dial Telephone Number

(202) 942-5999
Facsimile Number

Stuart.Turner@aporter.com
E-mail Address