ELECTRONICALLY FILED ON May 21, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.<br><br>Defendant/Intervenor. | ) | 1:08-cv-00238-TCW<br>(Judge Wheeler) |

**MOTION TO EXTEND TIME**

BAE Systems Ordnance Systems Inc. ("BAE Systems OSI"), by undersigned counsel, hereby moves the Court to grant BAE Systems OSI one additional week to file its Cross-motion for Judgment on the Administrative Record in the above-captioned proceeding ("Intervenor's Cross-motion"). Interevenor's Cross-motion is currently due on Friday, May 30, 2008. Intervenor respectfully requests this date to be extended to June 6, 2008. Counsel for BAE Systems OSI has contacted counsel for the Government and counsel for American Ordnance LLC ("AO") regarding this Motion. Counsel for the Government did not oppose the extension sought in this motion. Counsel for AO were unable to coordinate with their client and provide a position on BAE Systems OSI's request prior to this filing.

BAE Systems OSI filed its Motion to Intervene in this case on May 5, 2008. On May 9, Plaintiff filed its Motion for Judgment on the Administrative Record ("Motion"), with exhibits. On May 12, Plaintiff responded to BAE Systems OSI's Motion to Intervene, stating that Plaintiff

did not object to BAE Systems OSI's intervention. The following day, May 13, the Court granted BAE Systems OSI's Motion to Intervene. BAE Systems OSI's counsel filed applications for admission to the protective order that same day, May 13. No objections or responses were filed to these applications, and BAE Systems OSI was deemed admitted under the protective order on Friday, May 15, one week after Plaintiff's Motion was filed. Friday, May 15 was therefore the first day that BAE Systems OSI had access to the Motion, the exhibits thereto, and to the other protected materials in the record.

The Motion contains extensive material regarding BAE Systems OSI that has not been discussed earlier in this matter. (*See*, *e.g.*, Motion, p. 32.) In addition, AO has submitted a lengthy expert witness report, which contains much new matter on the subject of damage to AO. BAE Systems OSI understands that the admission of this report into the Administrative Record is disputed and has not been decided. However, inasmuch as the report may still be admitted, BAE Systems OSI must prepare a response to this new matter, and potentially must obtain and apply for the admission of its own expert witness to evaluate the claims made by AO's expert.

After review of the Motion, its attachments, and the protected record, BAE Systems OSI believes that due to its admission under the protective order one week after the filing of Plaintiff's Motion, BAE Systems OSI requires one additional week beyond the date set by the current schedule to fully respond. Review of the Scheduling Order filed in this matter shows that sufficient time remains before the scheduled oral arguments to accommodate BAE Systems OSI's request.

WHEREFORE, BAE Systems OSI respectfully requests that this Court grant BAE Systems OSI leave to file its Cross-motion on the Administrative Record on June 6, 2008.

ELECTRONICALLY FILED ON May 21, 2008

Dated: May 21, 2008

Respectfully submitted,

s/ Drew A. Harker

Drew A. Harker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5022
(202) 942-5999
drew.harker@aporter.com

*Attorney of Record for*
*BAE Systems Ordnance Systems Inc.*

*Of Counsel:*

Stuart W. Turner
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
(202) 942-5759
(202) 942-5999
stuart.turner@aporter.com

ELECTRONICALLY FILED ON May 21, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.<br><br>Defendant/Intervenor. | ) | 1:08-cv-00238-TCW<br>(Judge Wheeler) |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time filed by Defendant/Intervenor, it is this _____ day of May 2008 by the United States Court of Federal Claims:

ORDERED that Defendant/Intervenor's Cross-Motion for Judgment on the Administrative Record is due on JUNE 6, 2008.

____________________________
Judge Thomas C. Wheeler

*Copies to:*

Stuart B. Nibley
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006

ELECTRONICALLY FILED ON May 21, 2008

Joan Margaret Stentiford
U.S. Department of Justice
1100 L Street, NW
8th Floor
Washington, DC 20530

Drew A. Harker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion to Extend Time to be served by electronic mail this 21st day of May, 2008, upon:

Stuart B. Nibley
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-3701
nibleys@dicksteinshapiro.com
*Attorney for Plaintiff*

Joan Margaret Stentiford
U.S. Department of Justice
1100 L Street, NW
8th Floor
Washington, DC 20530
(202) 616-0341
joan.stentiford-ulmer@usdoj.gov
*Attorney for Defendant*

s/ Drew A. Harker
Drew A. Harker