# In the United States Court of Federal Claims

No. 08-238C

(Filed: May 27, 2008)

```
****************************************
                                       *
AMERICAN ORDNANCE LLC,                 *
                                       *
                   Plaintiff,          *
                                       *
 v.                                    *
                                       *
THE UNITED STATES,                     *
                                       *
                   Defendant,          *
                                       *
and                                    *
                                       *
BAE SYSTEMS ORDNANCE SYSTEMS INC.,     *
                                       *
                   Defendant-Intervenor. *
                                       *
****************************************
```

**SCHEDULING ORDER**

As agreed upon by counsel for the parties, the Court will conduct a telephonic conference on the record at 3:00 PM EST on May 28, 2008, to discuss Plaintiff's motion to supplement the administrative record.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge