**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| **AMERICAN ORDNANCE LLC,** | ) | |
| **Plaintiff,** | ) | **Case No. 08-238C** |
| | ) | **(Judge Wheeler)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant** | ) | |
| **and** | ) | |
| **BAE SYSTEMS ORDNANCE SYSTEMS INC.** | ) | |
| **Intervenor** | ) | |

**PLAINTIFF'S NOTICE OF FILING THE AGREED UPON**
**DOCUMENTS TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 24, of the Rules of the United States Court of Federal Claims and as requested by the Court and agreed upon by the parties in their May 28, 2008 teleconference, plaintiff AO hereby provides notice that it is filing the agreed upon documents to supplement the administrative record of the proceedings in the above-captioned bid protest.

Plaintiff requested and is filing: (1) AO's expert report; (2) two pages from AO's price proposal; (3) RFP Amendments 0005-0007; and, (4) RFP Attachments 0057-0063. The RFP Amendments 0005-0007 and Attachments continue Amendments 0001-0004, which are already part of the administrative record, and complete the Solicitation. All RFP Amendments were issued subsequent to the Contracting Officer's February 22, 2008 decision that AO suffered no harm from the Agency's improper disclosure of AO's proprietary information. Plaintiff numbered documents

(1) through (4) above as “App. 013” through “App. 320” in order to preserve and continue plaintiff’s numbering in AO’s Motion for Judgment on the Administrative Record.

Defendant requested and plaintiff is filing: (1) a copy of a letter from AO objecting to the Agency’s proposed release of AO’s Collective Bargaining Agreements; and (2) subsequent e-mail communications between AO and the Agency concerning the Agency’s proposed release of AO’s Collective Bargaining Agreements. Plaintiff numbered the documents in (1) and (2) above as “909” through “912” to preserve and continue defendant’s numbering of the administrative record.

With the exception of the RFP Amendments and RFP Attachments, all documents referenced above contain “Protected Information” and will be filed under seal. Copies of the filing will be provided to defendant and intervenor.

Respectfully submitted,

Dated: May 29, 2008

/s/ Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

CERTIFICATE OF FILING

I hereby certify that on the 29th day of May, 2008, a copy of the foregoing "Notice Of Filing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stuart B. Nibley