# In the United States Court of Federal Claims

No. 08-238C

(Filed: June 19, 2008)

**************************************** *
*
AMERICAN ORDNANCE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
BAE SYSTEMS ORDNANCE SYSTEMS INC., *
*
Defendant-Intervenor. *
*
**************************************** *

## ORDER

The Clerk is directed to strike Document Number 48, "Redacted Document," from the record. Counsel for the parties are directed to the Court's procedures regarding Electronic Transcripts and Redactions. The procedures are available as a link from Document Number 46, or at the Court's website: www.uscfc.uscourts.gov.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge