**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| **AMERICAN ORDNANCE LLC,** | ) | |
| **Plaintiff,** | ) | **No. 08-238C** |
| **v.** | ) | **(Judge Wheeler)** |
| **THE UNITED STATES,** | ) | |
| **Defendant** | ) | |

**NOTICE OF INTENT TO REQUEST REDACTION**

Plaintiff American Ordnance LLC hereby files this Notice of Intent to Request Redaction for the transcript of the proceeding held May 29, 2008, which was filed June 23 on the docket. Counsel for the parties have agreed on the redacted transcript Plaintiff proposed. Pursuant to the Court's new rule implemented May 15, 2008, Plaintiff will file a Redaction Request with Heritage Reporting.

/s/ Stuart B. Nibley

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 23rd day of June, 2007, I caused to be electronically filed a copy of Notice of Intent to Request Redaction**.** I understand that notice of this filing will be provided to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Stuart B. Nibley________