**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| AMERICAN ORDNANCE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.,<br><br>Defendant-Intervenors. | No. 08-238C<br><br>Judge Wheeler |

**MOTION FOR EXPEDITED CONSIDERATION OF APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL**

Pursuant to Paragraph 17 of the Court's April 4, 2008 Protective Order ("Protective Order"), Plaintiff American Ordnance LLC, by undersigned counsel, hereby respectfully requests the Court grant, by close of business on Friday, June 27, 2008, access to protected information under the Protective Order to Justin A. Chiarodo, Esq. and David Yang, Esq., attorneys with Dickstein Shapiro LLP. Mr. Chiarodo and Mr. Yang's Applications for Access to Information Under Protective Order By Outside Counsel are attached hereto as Exhibits 1 and 2.

Plaintiff requests the Court grant access on an expedited basis in order to accommodate scheduling issues involving Dickstein Shapiro attorneys currently admitted under the Protective Order. Plaintiff submits that neither the United States nor Intervenor BAE Ordnance Systems, Inc. will be prejudiced by this request. We will endeavor as soon as possible to secure agreement to our request from counsel for the Government and BAE. However, given unavoidable time constraints related to the procurement at issue, and the fact that the attorneys

applying for application are attorneys with Dickstein Shapiro with no prior connection to any party, we request that the Court in any case grant the requests for access by close of business on Friday, June 27, 2008. A proposed order is attached.

Respectfully submitted,

Dated: June 26, 2008

/s/ Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.,<br><br>Defendant-Intervenors. | ) | No. 08-238C<br><br>Judge Wheeler |

**ORDER**

For the reasons set forth in Plaintiff American Ordnance LLC's Motion for Expedited Consideration of Applications for Access to Information Under Protective Order by Outside Counsel, it is hereby:

ORDERED, that the Plaintiff's Motion for Expedited Consideration of Applications for Access to Information Under Protective Order by Outside Counsel is GRANTED; and

ORDERED, that Justin A. Chiarodo, Esq. and David Yang, Esq., of Dickstein Shapiro LLP, are hereby granted access to protected information pursuant to the Court's April 4, 2008 Protective Order in this case.

Dated: __________

__________________________

Judge Thomas C. Wheeler



DSMDB-2462487

Copies To:

Stuart B. Nibley
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

Joan Margaret Stentiford
U.S. Department of Justice
1100 L St., NW
8th Floor
Washington, DC 20530

Drew A. Harker
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 26th day of June, 2008, a copy of the foregoing **MOTION FOR EXPEDITED CONSIDERATION OF APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL** was filed electronically under seal. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph R. Berger

# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **01:08-cv-00238**<br>**Judge Wheeler** |
| **The United States,** | ) | |
| **Defendant.** | ) | |

APPLICATION FOR ACCESS TO INFORMATION
UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, **Justin A. Chiarodo,** hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of **Dickstein Shapiro LLP** and have been retained to represent American Ordnance LLC, a party to this proceeding.

3. I am a member of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None.**

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the materials disclosed under the Protected Order:

**None.**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal:

**None.**

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by GAO:

**None.**

9. I have read the Protective Order issued by the court in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

Signature | 6/26/08 Date Executed

Justin A. Chiarodo, Associate
Typed Name and Title

(202) 420-2706
(202) 822-9544 (Protected Facsimile)



2462380

# EXHIBIT 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| **American Ordnance, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **01:08-cv-00238** <br> **Judge Wheeler** |
| **The United States,** | ) | |
| **Defendant.** | ) | |

APPLICATION FOR ACCESS TO INFORMATION
UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL

1. I, **David Y. Yang,** hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am an attorney with the law firm of **Dickstein Shapiro LLP** and have been retained to represent American Ordnance LLC, a party to this proceeding.

3. I am a member of the United States Court of Federal Claims.

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceeding, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None.**

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the materials disclosed under the Protected Order:

**None.**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal:

**None.**

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by GAO:

**None.**

9. I have read the Protective Order issued by the court in this proceeding, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct.

Signature

6/26/08
Date Executed

David Y. Yang, Associate
Typed Name and Title

(202) 420-3387
(202) 379-9521 (Protected Facsimile)