**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.,<br><br>Defendant-Intervenors. | ) | No. 08-238C<br><br>Judge Wheeler |

**UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL**

Plaintiff American Ordnance LLC, by undersigned counsel, hereby respectfully renews its June 27, 2008 Motion for Expedited Consideration of Applications for Access to Information Under Protective Order by Outside Counsel, seeking expedited admission under the Protective Order for Justin A. Chiarodo, Esq. and David Yang, Esq., attorneys with Dickstein Shapiro LLP. Since filing its June 27 Motion, Plaintiff sought and received consent from counsel for the United States and BAE Systems Ordnance Systems, Inc. for the expedited approval of Mr. Chiarodo and Mr. Yang's Protective Order applications. A proposed order is attached.

Respectfully submitted,

Dated: June 30, 2008

/s/ Stuart B. Nibley
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 420-3701
Protected Fax: (202) 822-9544
Email: nibleys@dicksteinshapiro.com

Attorney of Record for Plaintiff,
American Ordnance LLC

Of Counsel:

Michael J. Askew
Telephone: (202) 420-3513
Email: askewm@dicksteinshapiro.com

Joseph R. Berger
Telephone: (202) 420-3673
Email: bergerj@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>BAE SYSTEMS ORDNANCE SYSTEMS INC.,<br><br>Defendant-Intervenors. | ) | No. 08-238C<br><br>Judge Wheeler |

**ORDER**

For the reasons set forth in Plaintiff American Ordnance LLC's Unopposed Motion for Expedited Consideration of Applications for Access to Information Under Protective Order by Outside Counsel, it is hereby:

ORDERED, that the Plaintiff's Unopposed Motion for Expedited Consideration of Applications for Access to Information Under Protective Order by Outside Counsel is GRANTED; and

ORDERED, that Justin A. Chiarodo, Esq. and David Yang, Esq., of Dickstein Shapiro LLP, are hereby granted access to protected information pursuant to the Court's April 4, 2008 Protective Order in this case, effective immediately.

Dated: __________ ________________________

Judge Thomas C. Wheeler



DSMDB-2463344

Copies To:

Stuart B. Nibley
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006

Joan Margaret Stentiford
U.S. Department of Justice
1100 L St., NW
8th Floor
Washington, DC 20530

Drew A. Harker
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on this 30th day of June, 2008, a copy of the foregoing **UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF APPLICATIONS FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE COUNSEL** was filed electronically under seal. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph R. Berger