# In the United States Court of Federal Claims

No. 08-238C

(Filed: June 30, 2008)

```
*************************************** *
                                        *
AMERICAN ORDNANCE LLC,                  *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant,          *
                                        *
and                                     *
                                        *
BAE SYSTEMS ORDNANCE SYSTEMS INC.,      *
                                        *
                    Defendant-Intervenor. *
                                        *
*************************************** *
```

**ORDER**

On June 30, 2008, Plaintiff American Ordnance LLC filed an unopposed motion seeking expedited admission under the Protective Order in the above captioned case for Justin A. Chiarodo, Esq. and David Yang, Esq., attorneys with Dickstein Shapiro LLP. For good cause shown, Plaintiff's motion is GRANTED. Justin A. Chiarodo, Esq. and David Yang, Esq., of Dickstein Shapiro LLP, are hereby granted access to protected information pursuant to the Court's April 4, 2008 Protective Order in this case, effective immediately.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge