# In the United States Court of Federal Claims

No. 08-238C

(Filed: July 7, 2008)

```
****************************************** *
                                           *
AMERICAN ORDNANCE LLC,                     *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant,             *
                                           *
and                                        *
                                           *
BAE SYSTEMS ORDNANCE SYSTEMS INC.,         *
                                           *
                    Defendant-Intervenor.  *
                                           *
****************************************** *
```

**SCHEDULING ORDER**

As agreed upon by counsel for the parties, the Court will conduct a telephonic conference on the record at 10:00 AM EDT on July 18, 2008, to discuss how the parties wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge