# In the United States Court of Federal Claims

No. 08-238C
(Filed: July 15, 2008)

******************************************* *
AMERICAN ORDNANCE LLC, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant, *
and *
BAE SYSTEMS ORDNANCE SYSTEMS INC., *
Defendant-Intervenor. *
******************************************* *

**ORDER**

On May 15, 2008, the Court's new Transcript Redaction Procedure took effect. Two weeks later, on May 28, 2008, the Court conducted a proceeding with counsel for the parties. The Clerk of the Court filed the official transcript of the Court's May 28, 2008 proceeding on June 3, 3008. Additionally, on that same day, the Clerk filed a notice informing the parties that they had seven calendar days to file a Notice of Intent to Request Redaction of the official transcript. If the parties failed to provide such Notice within seven days, the transcript would be made available to the public without redaction after 90 calendar days.

Plaintiff American Ordnance LLC ("AO") did not file its Notice of Intent to Request Redaction until June 23, 2008, thirteen days after the deadline. For good cause shown, the Clerk is directed to extend its seven day deadline and accept AO's June 23, 2008 Notice as timely filed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge