# In the United States Court of Federal Claims

No. 08-238C

(Filed: July 18, 2008)

```
*************************************** *
                                        *
AMERICAN ORDNANCE LLC,                  *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant,          *
                                        *
and                                     *
                                        *
BAE SYSTEMS ORDNANCE SYSTEMS INC.,      *
                                        *
                    Defendant-Intervenor. *
                                        *
*************************************** *
```

## ORDER

On July 18, 2008, the Court conducted a status conference with counsel for the parties to discuss how the parties wish to proceed. With the agreement of counsel, the Court amends the briefing schedule as follows:

1. Defendant and Defendant-Intervenor BAE Systems Ordnance Systems, Inc. shall file their respective cross-motions for judgment on the administrative record on or before August 4, 2008;

2. Plaintiff shall file its reply on or before August 19, 2008;

3. The Court will hear oral argument on the parties cross-motions for judgment on the administrative record at the National Courts Building, 717 Madison Place NW, Washington, DC, on Tuesday, September 2, 2008, at 10:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge