# In the United States Court of Federal Claims

No. 08-238C

(Filed: August 19, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| AMERICAN ORDNANCE LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| BAE SYSTEMS ORDNANCE SYSTEMS INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

**SCHEDULING ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference in the above-captioned case on August 20, 2008 at 4:00 PM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge