# In the United States Court of Federal Claims

No. 08-238C

(Filed: August 20, 2008)

**************************************** *
*
AMERICAN ORDNANCE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
BAE SYSTEMS ORDNANCE SYSTEMS INC., *
*
Defendant-Intervenor. *
*
**************************************** *

## DISMISSAL ORDER

On August 19, 2008, counsel for Plaintiff filed a motion for voluntary dismissal in the above-captioned bid protest. Defendant and Defendant-Intervenor have indicated that they do not oppose Plaintiff's motion. Accordingly, the Clerk of the Court is directed to dismiss this action without prejudice pursuant to Rule 41(a)(2). Each party shall bear its own costs and attorneys' fees. All outstanding motions are dismissed as moot.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge