# In the United States Court of Federal Claims

**No. 08-238 C**

**AMERICAN ORDNANCE LLC**
**Plaintiff**

**V.** **JUDGMENT**

**THE UNITED STATES**
**Defendant**

**and**

**BAE SYSTEMS ORDNANCE SYSTEMS, INC.**
**Defendant-Intervenor**

Pursuant to the court's Order, filed August 20, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(2), that the complaint is dismissed, without prejudice. Each party shall bear its own costs and attorneys' fees.

John S. Buckley
Acting Clerk of Court

**August 22, 2008** By: s/ Debra L. Samler

Deputy Clerk